IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT NOSKA,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No. 12-cv-370-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Robert Noska, granting his motion for summary judgment and remanding this case to defendant Michael J. Astrue for further consideration of plaintiff's application for disability benefits and supplemental security income.

| *s/ Peter Oppeneer* | 3/14/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |